UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Kathleen Mann ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Docket No. 1:12-cv-398-JL |
| ) | |
| Vermont Mutual Insurance Company ) | |
| ) | |
| Defendant ) | |

## ASSENTED-TO MOTION TO CONTINUE
## PRETRIAL CONFERENCE

NOW COMES the defendant, Vermont Mutual Insurance Company, by its attorneys, Primmer Piper Eggleston & Cramer, PC, and files this Assented-to Motion to Continue the Pretrial Conference currently scheduled for January 3, 2013, and for reason states:

1. This civil action is by Kathleen Mann against the defendant, Vermont Mutual Insurance Company.

2. A pretrial conference has been scheduled for January 3, 2013, at 11 a.m.

3. Counsel for the defendant has a previously scheduled a meeting in Baltimore, Maryland, to meet with an expert on another pending action and will be unable to obtain coverage for the January 3, 2013, pretrial conference in this matter.

4. Counsel for the defendant consulted with counsel for the plaintiff, and counsel for the plaintiff assented to a motion to continue the pretrial conference to January 4, 2013 at 2:30 p.m.

5. No memorandum of law is required with regard to the filing of this motion.

WHEREFORE, the defendant respectfully requests this Court:

A. Grant this Motion to Continue and reschedule the Pretrial Conference on January 4, 2:30 p.m., and

B. Grant such other and further relief as is equitable and just.

Respectfully submitted,

Vermont Mutual Insurance Company
By Its Attorneys,
Primmer Piper Eggleston & Cramer, PC

Dated:  November 28, 2012         /s/ Gary M. Burt
Gary M. Burt, Esquire
NH Bar ID #: 5510
P.O. Box 3600
Manchester, NH  03105
(603) 626-3300
gburt@primmer.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was forwarded this day via ECF to Plaintiffs' counsel, Peter E. Hutchins, Esq.

/s/ Gary M. Burt
Gary M. Burt

01296349.DOCX